```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
                                     :
                                     :
                                     :
DELAWARE TRUST COMPANY, as TCEH      :
First Lien Indenture Trustee,        :
                                     :
                                     :
            Plaintiffs,              :
                                     :
                                     :
     v.                              :    Civil Action No. 15-CV-2883
                                     :    (PAE)(FM)
WILMINGTON TRUST, N.A., as First Lien:
Collateral Agent and First Lien Administrative :
Agent, and THE BANK OF NEW YORK      :
MELLON TRUST COMPANY, N.A., as       :
Escrow Agent,                        :
                                     :
            Defendants.              :
                                     :
                                     :
                                     :
------------------------------------ x
```

# RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Wilmington Trust, N.A. hereby states that Wilmington Trust, N.A. is a wholly-owned subsidiary of Wilmington Trust Corporation, which is a wholly owned subsidiary of M&T Bank Corporation. M&T Bank Corporation is a publicly-traded company whose shares are traded on the New York Stock Exchange, and no publicly held company owns 10% or more of M&T Bank Corporation's shares.

| | |
|---|---|
| Dated: New York, New York<br><br>April 15, 2015 | Respectfully submitted,<br><br>O'MELVENY & MYERS LLP<br><br>By:   /s/ Jonathan Rosenberg<br><br>Jonathan Rosenberg<br>George A. Davis<br>Daniel S. Shamah<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>gdavis@omm.com<br>jrosenberg@omm.com<br>dshamah@omm.com<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061<br><br>*Attorneys for Defendant Wilmington Trust, N.A., in its capacity as First Lien Administrative Agent* |