UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELAWARE TRUST COMPANY, AS TCEH<br>First Lien Indenture Trustee,<br><br>Plaintiffs<br><br>-against-<br><br>WILMINGTON TRUST, N.A., as First Lien<br>Collateral Agent and First Lien Administrative<br>Agent, and THE BANK OF NEW YORK<br>MELLON TRUST COMPANY, N.A., as<br>Escrow Agent,<br><br>Defendants | Index No. 15 CV 2883<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK)

I, Steven Torres, License # 1372099 being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by:

> Nationwide Legal
> 7 Time Square, # 3208
> New York, New York 10036

2. On April 14, 2015 at 5:40 P.M. EST. I personally delivered and served a true copy of the Civil Cover Sheet, Notice of Removal Volumes I-IV with exhibits attached thereto, Judge Engelmayer's Individual Rules, Magistrate Judge Maas' Individual Rules, and the SDNY ECF Filing Requirements upon:

> KOBRE & KIM LLP
> Michael S. Kim
> Jeremy C. Hollembeak
> Melanie L. Oxhorn
> 800 Third Avenue
> New York, New York 10022

3. Documents was served Melanie McDonald from the legal department who was authorized to accept serve Ms. McDonald can be described as a white caucasian female, approximately 30 years of age, 5'4" tall, about 130 pounds, with blonde hair.

_____
Steven Torres

Sworn to before me this
15th day of April 2015

_____
Notary Public

SYLVIA RENEE LEWIS
Notary Public, State of New York
No. 01LE6142505
Qualified in New York County
Commission Expires March 20, 20__