UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Delaware Trust Company          Plaintiff,        Case No. 1:15-cv-02883-PAE

-against-

Wilmington Trust, N.A.          Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**George A. Davis**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: GD2761          My State Bar Number is 2401214

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Cadwalader Wickersham & Taft LLP
            FIRM ADDRESS: One World Financial Center
            FIRM TELEPHONE NUMBER: 2125046000
            FIRM FAX NUMBER: 2125046666

NEW FIRM:   FIRM NAME: O'Melveny & Myers LLP
            FIRM ADDRESS: Seven Times Square
            FIRM TELEPHONE NUMBER: 2123262000
            FIRM FAX NUMBER: 2123262061

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 4/15/15

ATTORNEY'S SIGNATURE