UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>    Plaintiff,<br> -against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Escrow Agent<br><br>    Defendants. | No. 1:15-cv-2883 (PAE) (FM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Proposed Intervenor J. Aron & Company. The undersigned certifies that he is admitted to practice before this Court.

Dated: New York, New York
   April 16, 2015

         CLEARY GOTTLIEB STEEN & HAMILTON LLP

   By: s/ Thomas J. Moloney
     Thomas J. Moloney
     tmoloney@cgsh.com
     One Liberty Plaza
     New York, NY 10006
     Telephone: (212) 225-2000
     Facsimile: (212) 225-3999

     *Attorney for Proposed Intervenor*
     *J. Aron & Company*