UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>　　　　　　Plaintiff,<br>　-against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Escrow Agent<br><br>　　　　　　Defendants. | No. 1:15-cv-2883 (PAE) (FM) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant J. Aron & Company ("J. Aron") hereby discloses that The Goldman Sachs Group, Inc., a publicly owned corporation, indirectly wholly owns J. Aron.

Dated:  April 16, 2015
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP

　　　　　　　　　　　　　　　　　　　By: s/ Thomas J. Moloney_____
　　　　　　　　　　　　　　　　　　　　　　Thomas J. Moloney
　　　　　　　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 225-2000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 225-3999

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Proposed Intervenor*
　　　　　　　　　　　　　　　　　　　　　　*J. Aron & Company*