UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>    Plaintiff,<br><br> - against -<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Escrow Agent,<br><br>    Defendants. | Case No. 15-cv-02883 (PAE)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Dale C. Christensen, Jr., of the law firm of Seward & Kissel LLP, an attorney admitted to practice before this Court, hereby appears as attorney of record for Defendant Wilmington Trust, N.A., solely in its capacity as First Lien Collateral Agent, in the above-captioned action and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
      April 20, 2015

                                      SEWARD & KISSEL LLP

                                      By: s/ Dale C. Christensen, Jr.
                                          Dale C. Christensen, Jr.
                                      One Battery Park Plaza
                                      New York, New York  10004
                                      Tel.: (212) 574-1200
                                      Fax: (212) 480-8421
                                      christensen@sewkis.com

                                      *Attorneys for Wilmington Trust, N.A.,*
                                      *solely in its capacity as First Lien Collateral Agent*