UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>                           Plaintiff,<br><br> - against -<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Escrow Agent,<br><br>                         Defendants. | Case No. 15-cv-02883 (PAE)<br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that Mark D. Kotwick, of the law firm of Seward & Kissel LLP, an attorney admitted to practice before this Court, hereby appears as attorney of record for Defendant Wilmington Trust, N.A., solely in its capacity as First Lien Collateral Agent, in the above-captioned action and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
       April 20, 2015

                                    SEWARD & KISSEL LLP

                                    By: s/ Mark D. Kotwick
                                        Mark D. Kotwick
                                   One Battery Park Plaza
                                   New York, New York  10004
                                   Tel.: (212) 574-1200
                                   Fax: (212) 480-8421
                                   kotwick@sewkis.com

                                   *Attorneys for Wilmington Trust, N.A.,*
                                   *solely in its capacity as First Lien Collateral Agent*