UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Escrow Agent,<br><br>　　　　　　　　　Defendants. | Case No. 15-cv-02883 (PAE)<br><br>**NOTICE OF APPEARANCE** |

　　　　　PLEASE TAKE NOTICE that Thomas Ross Hooper, of the law firm of Seward & Kissel LLP, an attorney admitted to practice before this Court, hereby appears as attorney of record for Defendant Wilmington Trust, N.A., solely in its capacity as First Lien Collateral Agent, in the above-captioned action and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
　　　April 20, 2015

　　　　　　　　　　　　　　　　　　SEWARD & KISSEL LLP

　　　　　　　　　　　　　　　　　　By:  s/ Thomas Ross Hooper
　　　　　　　　　　　　　　　　　　　　Thomas Ross Hooper
　　　　　　　　　　　　　　　　　　One Battery Park Plaza
　　　　　　　　　　　　　　　　　　New York, New York  10004
　　　　　　　　　　　　　　　　　　Tel.: (212) 574-1200
　　　　　　　　　　　　　　　　　　Fax: (212) 480-8421
　　　　　　　　　　　　　　　　　　hooper@sewkis.com

　　　　　　　　　　　　　　　　　　*Attorneys for Wilmington Trust, N.A.,*
　　　　　　　　　　　　　　　　　　*solely in its capacity as First Lien Collateral Agent*