UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DELAWARE TRUST COMPANY, *as TCEH First* :
*Lien Indenture Trustee*, :
: 15 Civ. 2883 (PAE)
Plaintiff, :
: ORDER
-v- :
:
WILMINGTON TRUST, N.A., *as First Lien* :
*Collateral Agent and First Lien Administrative Agent*, :
:
Defendant. :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court held an initial conference today in the above-captioned case. The Court set briefing schedules for multiple issues raised in the parties' recent letters. Dkt. 9, 12, 21, 22.

1. The motion to intervene by the proposed intervenors (J. Aron & Company; Morgan Stanley Capital Group, Inc.; and Titan Investment Holdings LP):

    a. **April 24, 2015**: The proposed intervenors' opening briefs are due.

    b. **May 1, 2015**: Plaintiff's opposition to the intervention briefs, if any, is due.

    c. **May 6, 2015**: The proposed intervenors' reply briefs, if any, are due.

2. The plaintiff's motion to remand and the defendant's/proposed intervenors' motion to transfer:

    a. **April 28, 2015**: Plaintiff's motion to remand is due.

    b. **May 6, 2015**: Defendant's and proposed intervenors' motion to transfer, and opposition to plaintiff's motion to remand, are due.

    c. **May 11, 2015, by noon**: Plaintiff's reply brief in support of remand, and in opposition to transfer, is due. (The Court does not see a need for a reply brief in support of transfer.)

The Court will hold oral argument on these motions on **May 13, 2015, at 9:30 a.m.**

Finally, at today's conference, the Court and the parties agreed to adjourn the answer deadline until two weeks after the Court has resolved the aforementioned, forthcoming motions.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: April 20, 2015
       New York, New York