Case 1:15-cv-02883-PAE   Document 29-1   Filed 04/24/15   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELAWARE TRUST COMPANY, as TCEH
First Lien Indenture Trustee,

                              Plaintiff,

-against-

WILMINGTON TRUST, N.A., as First Lien
Collateral Agent and First Lien
Administrative Agent,

                              Defendants.

Electronically Filed

Case No. 15-cv-02883 (PAE) (FM)

[~~PROPOSED~~] ORDER
FOR ADMISSION
PRO HAC VICE

      The motion of Mark C. Ellenberg, Esq., for admission to practice *pro hac vice* in the above-captioned action is granted.

      Mark C. Ellenberg has declared that he is a member in good standing of the Bar of the District of Columbia, and that his contact information is as follows:

> Mark C. Ellenberg, Esq.
> Cadwalader, Wickersham & Taft LLP
> 700 Sixth Street, N.W.
> Washington, DC 20001
> Telephone: (202) 862-2200
> Facsimile: (202) 862-2400
> Email: mark.ellenberg@cwt.com

Mark C. Ellenberg having requested admission *pro hac vice* to appear for all purposes as counsel for intervenor-defendant Morgan Stanley Capital Group Inc. in the above entitled action;

      **IT IS HEREBY ORDERED** that Mark C. Ellenberg is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 24, 2015

                                                      /s/ Paul A. Engelmayer
                                                   UNITED STATES DISTRICT JUDGE