UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>         Plaintiff,<br><br>    -against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent,<br><br>         Defendant. | Electronically Filed<br><br>Case No. 15-cv-02883 (PAE) (FM)<br><br>**NOTICE OF JOINT<br>MOTION TO INTERVENE** |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Ellen M. Halstead, dated April 24, 2015 and the exhibits attached thereto, the Declaration of Zoe E. Shea, dated April 24, 2015 and the exhibit attached thereto, the Memorandum of Law In Support of the Joint Motion to Intervene of Morgan Stanley Capital Group Inc. and J. Aron & Company, dated April 24, 2015, and upon all other papers and proceedings herein, proposed intervenor defendants Morgan Stanley Capital Group Inc. and J. Aron & Company will move this Court, before the Honorable Paul A. Engelmayer, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on May 13, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Rules 24(a)(2) and 24(b)(1)(B) of the Federal Rules of Civil Procedure granting Morgan Stanley Capital Group Inc.'s and J. Aron & Company's joint motion to intervene in this action.

USActive 32742736.2

-2-

Dated:   New York, New York
         April 24, 2015

| | |
|---|---|
| CADWALADER, WICKERSHAM & TAFT LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| By: s/ *Howard R. Hawkins, Jr.* | By: s/ *Thomas J. Moloney* |
|    Howard R. Hawkins, Jr.<br>   Ellen M. Halstead<br>   Michele Maman |    Thomas J. Moloney<br>   Sean A. O'Neal<br>   Zoe E. Shea |
| One World Financial Center<br>New York, NY 10281<br>Telephone:  (212) 504-6000<br>Facsimile:  (212) 504-6666 | One Liberty Plaza<br>New York, NY 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999 |
| Mark C. Ellenberg (admitted *pro hac vice*)<br>700 Sixth Street, N.W.<br>Washington, DC 20001<br>Telephone:  (202) 862-2200<br>Facsimile:  (202) 862-2400 | *Attorneys for Proposed Intervenor*<br>*J. Aron & Company* |
| *Attorneys for Proposed Intervenor*<br>*Morgan Stanley Capital Group Inc.* | |