```
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/15
```

# O

## O'MELVENY & MYERS LLP

BEIJING  
BRUSSELS  
CENTURY CITY  
HONG KONG  
LONDON  
LOS ANGELES  
NEWPORT BEACH  

Times Square Tower  
7 Times Square  
New York, New York 10036-6524  

TELEPHONE (212) 326-2000  
FACSIMILE (212) 326-2061  
www.omm.com  

SAN FRANCISCO  
SEOUL  
SHANGHAI  
SILICON VALLEY  
SINGAPORE  
TOKYO  
WASHINGTON, D.C.  

May 4, 2015

**VIA ECF**

*MEMO ENDORSED*

WRITER'S DIRECT DIAL  
(212) 408-2409  

WRITER'S E-MAIL ADDRESS  
jrosenberg@omm.com  

The Honorable Paul A. Engelmayer  
United States District Judge  
Southern District of New York  
40 Foley Square, Room 2201  
New York, NY 10007  

      Re: *Delaware Trust Co. v. Wilmington Trust, N.A.*, Case No. 1:15-cv-2883 (PAE) (FM)

Dear Judge Engelmayer:

    We represent defendant Wilmington Trust, N.A., in its capacity as First Lien Administrative Agent ("Wilmington Trust"). We respectfully submit this letter to request the Court's approval of the following briefing framework to which Plaintiff Delaware Trust Company ("Delaware Trust") and Wilmington Trust have agreed:

- Wilmington Trust would file a single consolidated memorandum of law, not to exceed 40 pages, (i) in opposition to Delaware Trust's motion to remand or abstain from exercising jurisdiction over this action and (ii) in support of Wilmington Trust's motion to transfer venue to the United States Bankruptcy Court for the District of Delaware.

- Delaware Trust would file a single memorandum of law, not to exceed 25 pages, both in opposition to Wilmington Trust's motion to transfer venue and in further support of its motion to remand or abstain.

    We believe that this approach would be more efficient for the Court and the parties, given the overlapping issues and facts involved in the various motions. We appreciate Your Honor's consideration of this request.

O'MELVENY & MYERS LLP
Hon. Paul A. Engelmayer, May 4, 2015 - Page 2

Respectfully,

/s/ Jonathan Rosenberg

*of* O'MELVENY & MYERS LLP

cc: All Counsel of Record and Proposed Intervenors (by e-mail)

5/5/15

Granted. The Court appreciates the parties' collaboration.

**SO ORDERED:**

*Paul A. Engelmayer*

**HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE**