UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>         Plaintiff,<br><br>  -against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent,<br><br>         Defendant. | Case No. 1:15-cv-02883-PAE<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Melanie L. Oxhorn of Kobre & Kim LLP hereby enters an appearance as counsel on behalf of Plaintiff Delaware Trust Company, as TCEH First Lien Indenture Trustee in the above-captioned matter, and respectfully requests notice of electronic filing of all papers in this action at the e-mail address below.  The undersigned certifies that she is admitted to practice before this Court.

Dated: New York, New York
   May 5, 2015

            Respectfully submitted,

            KOBRE & KIM LLP

            */s/Melanie L. Oxhorn*
            Melanie L. Oxhorn
            800 Third Avenue
            New York, New York 10022
            Tel: (212) 488-1200
            Fax: (212) 488-1220
            Email: Melanie.Oxhorn@kobrekim.com

            *Attorney for Plaintiff Delaware Trust Company,*
            *as TCEH First Lien Indenture Trustee*