UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/15
```

DELAWARE TRUST COMPANY, as TCEH
First Lien Indenture Trustee,

     Plaintiffs,

 v.

WILMINGTON TRUST, N.A., as First Lien
Collateral Agent and First Lien Administrative
Agent, and THE BANK OF NEW YORK
MELLON TRUST COMPANY, N.A., as
Escrow Agent,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:15-CV-2883 (PAE)(FM)

[██████████] **ORDER FOR ADMISSION *PRO HAC VICE* OF PETER FRIEDMAN**

  The motion of Peter Friedman, Esq., for admission to practice *Pro Hac Vice* in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bars of Illinois and New York, as well as the bar of Washington, D.C.; and that his contact information is as follows:

> Peter Friedman
> O'Melveny & Myers LLP
> 1625 Eye Street
> Washington, D.C., 20006
> Telephone: (202) 383-5300
> Facsimile: (202) 383-5414

  Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Wilmington Trust, N.A., it its capacity as First Lien Administrative Agent, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May **6**, 2015

_Paul A. Engelmayer_

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York