UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DELAWARE TRUST COMPANY, as TCEH
First Lien Indenture Trustee,

                   Plaintiffs,

    v.

WILMINGTON TRUST, N.A., as First Lien
Collateral Agent and First Lien Administrative
Agent, and THE BANK OF NEW YORK
MELLON TRUST COMPANY, N.A., as
Escrow Agent,

                   Defendants.

No. 1:15-CV-2883 (PAE)(FM)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter Friedman of O'Melveny & Myers LLP hereby

enters his appearance as counsel of record for Defendant Wilmington Trust, N.A., in its capacity

as First Lien Administrative Agent.

Dated: May 6, 2015

Respectfully Submitted,

 /s/  Peter Friedman

Peter Friedman
O'Melveny & Myers LLP
1625 Eye Street
Washington, D.C., 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
pfriedman@omm.com

*Attorneys for Wilmington Trust, N.A., in its
capacity as First Lien Administration Agent*