UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DELAWARE TRUST COMPANY, as TCEH
First Lien Indenture Trustee,

                           Plaintiff,

         -against-                                  Case No. 1:15-cv-02883-PAE

WILMINGTON TRUST, N.A., as First Lien
Collateral Agent and First Lien Administrative
Agent,

                          Defendant.
-------------------------------------------------------------x

## SECOND AFFIRMATION OF RONIT BERKOVICH, ESQ. IN SUPPORT OF TITAN INVESTMENT HOLDINGS LP'S MOTION TO INTERVENE

RONIT BERKOVICH, ESQ., an attorney admitted to practice in the State of New York, hereby affirms under penalty of perjury as follows:

1. I am a partner at the firm of Weil, Gotshal & Manges LLP, attorneys for proposed intervenor defendant Titan Investment Holdings LP ("Titan").

2. I submit this affirmation in conjunction with Titan's reply in support of Titan's Motion to Intervene, dated April 24, 2015, which seeks an Order granting Titan leave to intervene as a defendant in the above-captioned action as of right pursuant to Federal Rule of Civil Procedure 24(a) or permissively under Federal Rule of Civil Procedure 24(b).

3. A true and correct copy of the Memorandum from Wilmington Trust, N.A. as Collateral Agent to the Administrative Agent for First Lien Lenders Secured Commodity Hedge Counterparties Trustee for Senior Secured Notes Due 2020, dated April 20, 2015, is attached hereto as Exhibit A.

4. A true and correct copy of the transcript of the April 20, 2015 Initial Pretrial Conference in this matter is attached hereto as Exhibit B.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2015.

Dated: New York, New York
May 6, 2015

_____
Ronit Berkovich, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel:  (212) 310-8000
Attorneys for Proposed Intervenor-Defendant Titan Investment Holdings LP