UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>         Plaintiff,<br><br>    -against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent,<br><br>         Defendant. | Electronically Filed<br><br>Case No. 15-cv-02883 (PAE) (FM)<br><br>**NOTICE OF JOINT MOTION**<br>**TO TRANSFER VENUE** |

    PLEASE TAKE NOTICE that upon the accompanying Declaration of Zoe E. Shea, dated May 6, 2015 and the exhibits attached thereto, the Affirmation of Ronit Berkovich, dated May 6, 2015 and the exhibits attached thereto, J. Aron & Company, Morgan Stanley Capital Group Inc., and Titan Investment Holdings LP's Joint Memorandum of Law in Support of Their Motion to Transfer and in Opposition to Plaintiff's Motion for Remand dated May 6, 2015, and upon all other papers and proceedings herein, proposed intervenors J. Aron, Morgan Stanley Capital Group Inc., and Titan Investment Holdings LP will move this court before the Honorable Paul A. Engelmayer, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on May 13, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to 28 U.S.C. §§ 1404 and 1412 granting the proposed intervenors' joint motion to transfer this action to the United States District Court for the District of Delaware.

Dated: May 6, 2015  CLEARY GOTTLIEB STEEN & HAMILTON LLP

New York, NY

By: s/ Thomas J. Moloney
    Thomas J. Moloney
    Sean A. O'Neal
    Zoe E. Shea
    One Liberty Plaza
    New York, NY 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    *Attorneys for Proposed Intervenor-Defendant*
    *J. Aron & Company*

CADWALADER, WICKERHSAM & TAFT LLP

By: s/ Howard R. Hawkins, Jr.
    Howard R. Hawkins, Jr.
    Ellen M. Halstead
    Michele Maman
    One World Financial Center
    New York, New York 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666

    Mark C. Ellenberg (admitted *pro hac vice*)
    700 Sixth Street, N.W.
    Washington, DC 20001
    Telephone: (202) 862-2200
    Fascimile: (202) 862-2400

    *Attorneys for Proposed Intervenor-Defendant*
    *Morgan Stanley Capital Group Inc.*

WEIL, GOTSHAL & MANGES LLP

By: s/ Salvatore Romanello
    Salvatore Romanello
    Ronit Berkovich
    767 Fifth Avenue
    New York, NY 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Attorneys for Proposed Intervenor-Defendant*
    *Titan Investment Holdings LP*