UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>         Plaintiff,<br><br> -against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent,<br><br>         Defendant. | Case No. 15-cv-02883-PAE<br><br>ECF Case |

### **SUPPLEMENTAL DECLARATION OF JEREMY C. HOLLEMBEAK**

  I, Jeremy C. Hollembeak, a member in good standing of the Bar of this Court, hereby declare under penalty of perjury as follows:

1. Kobre & Kim LLP is counsel for Plaintiff Delaware Trust Company, as TCEH First Lien Indenture Trustee, in the above-captioned action. I respectfully submit this declaration in support of Plaintiff's Notice of Motion to Remand and in Opposition to Defendant's Motion to Transfer.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of the Transcript of a Hearing before the Honorable Christopher S. Sontchi on June 6, 2014, in the matter of *In re Energy Future Holdings Corp. et al.*, No. 14-10979 (CSS), before the U.S. Bankruptcy Court for the District of Delaware.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of the "Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Crop., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code" which was filed on April 14, 2015, document

number 4143, in the matter of *In re Energy Future Holdings Corp. et al.*, No. 14-10979 (CSS), before the U.S. Bankruptcy Court for the District of Delaware.

Dated: New York, New York
May 11, 2015

           */s/Jeremy C. Hollembeak*
           Jeremy C. Hollembeak
           Jeremy.Hollembeak@kobrekim.com

           800 Third Avenue
           New York, New York 10022
           Tel    +1 212 488 1200

           *Counsel for Plaintiff Delaware Trust Company, as TCEH First Lien Indenture Trustee*