UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELAWARE TRUST COMPANY, as TCEH
First Lien Indenture Trustee,

        Plaintiff,

  -against-

WILMINGTON TRUST, N.A., as First Lien
Collateral Agent and First Lien
Administrative Agent,

        Defendant.

Case No. 15-cv-02883 (PAE)

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Zoe E. Shea hereby withdraws as counsel for J. Aron & Company in the above-captioned matter. Thomas J. Moloney of Cleary Gottlieb Steen & Hamilton LLP will continue to represent J. Aron & Company in this proceeding.

Dated: New York, New York
   July 9, 2015

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: s/ Zoe E. Shea
Zoe E. Shea
One Liberty Plaza
New York, NY 10006
(212) 225-2000
(212) 225-3999 (Facsimile)
zshea@cgsh.com

Attorney for Defendant J. Aron & Company

The Court hereby grants Zoe E. Shea, Esq.'s motion to withdraw as counsel of record for defendant J. Aron & Company.

SO ORDERED: 7/9/15

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE